# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHELTON J. DAVIS

NO. 2024 KW 0463

**JULY 22, 2024**

---

In Re:    Shelton J. Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04689.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

> JMG
> AHP
> TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT